The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | E1482659 | MCHALE | 07/20/2025 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR3.10(a)(2) | DUI PER SE |

**Defendant Name**

SMITH, ISAIAH N

**Initial Court Appearance**

MANDATORY - You must appear in court

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | 07/21/2025<br>02:30 PM |